■ MATTHEW E. FULLER, Respondent, v JAMES E. WALDRAFF et al., Appellants. [759 NYS2d 408] —Appeal from that part of an order of Supreme Court, Erie County (Cosgrove, J.), entered May 13, 2002, that denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Cosgrove, J. Present—Pine, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.

■ ACADEMIC HEALTH PROFESSIONALS INSURANCE ASSOCIATION, as Subrogee of JOHN DOE, M.D., Respondent, v KALEIDA HEALTH, Appellant. (Appeal No. 1.) [759 NYS2d 409] —Appeal from an order of Supreme Court, Erie County (NeMoyer, J.), entered March 19, 2002, which, inter alia, granted plaintiff's motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pine, J.P., Hurlbutt, Kehoe and Hayes, JJ.